IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BRIAN K. REDMOND,　　　　　　　　　　　　　　　　　CV. 03-914-ST

　　　　　Petitioner,　　　　　　　　ORDER TO DISMISS

　　v.

T. SANTOS,

　　　　　Respondent.

MARSH, District Judge.

　　Petitioner's Motion for Voluntary Dismissal (docket #34) is GRANTED. This case is therefore DISMISSED, with prejudice.

　　IT IS SO ORDERED.

　　DATED this __28th__ day of April, 2005.

　　　　　　　　　　　　　　　　　　　/s/ Malcolm F. Marsh
　　　　　　　　　　　　　　　　　　　Malcolm F. Marsh
　　　　　　　　　　　　　　　　　　　United States District Judge